No. 89–478. MARYLAND *v.* CRAIG. Ct. App. Md. Motions of National Association of Counsel for Children et al. and People Against Child Abuse, Inc., et al. for leave to file briefs as *amici curiae* granted. Motion of respondent for leave to proceed *in*

1042

*forma pauperis* granted. Certiorari granted. ▮

No. 89–789. ALABAMA *v.* WHITE. Ct. Crim. App. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. ▮